873 A.2d 1285

**COUNTY OF DELAWARE, Appellee,**

v.

**J.P. MASCARO & SONS, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 2005.

Decided May 17, 2005.

Albert A. DeGennaro, Esq., Harleysville, for J.P. Mascaro & Sons, Inc.

Ronald Lee Daugherty, Esq., Malcolm Stewart Gould, Esq., Martin R. Lentz, Esq., Philadelphia, for County of Delaware.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of May, 2005, having found merit in Appellee's argument that the issue on which appeal was allowed does not control the ultimate disposition of the case since there are multiple unchallenged theories of liability supporting the Superior Court's disposition, we AFFIRM the

Superior Court's order, without reaching the issue on which allocatur was granted.